# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SWEETWOOD FARM, INC., | ) | 1:08cv0202 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| v. | ) | |
| RAFAT ABDALLAH, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff Sweetwood Farm, Inc. ("Plaintiff") filed this action on February 6, 2008. On May 7, 2008, Plaintiff filed a motion for default judgment.

    In an order dated June 5, 2008, the Court took the motion off calendar, explaining that it could not determine if service of the complaint was sufficient. Plaintiff was ordered to either file a supplemental declaration or re-serve the complaint within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not submitted anything to the Court.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why the action should not be dismissed for Plaintiff's failure to follow the Court's June 5, 2008, order, and failure to prosecute this action. A response to this order shall be filed within fifteen (15) days of the date of service of this order.

1   <u>Failure to respond to this Order to Show Cause will result in a recommendation that this
2   action be dismissed.</u>

4   IT IS SO ORDERED.

5   **Dated:**  **August 12, 2008**                          **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE