**HENRY, LOGOLUSO & BLUM**
2444 Main Street, Suite 135
Fresno, California 93721
Telephone: (559) 497-0700
Fax: (559) 497-1700
hlb@attitude.com

Timothy V. Logoluso # 131158
Mark A. Blum #160477

Attorney for: SWEETWOOD FARM, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SWEETWOOD FARM, INC., A California Corporation, dba RED ROOSTER TM SALES<br><br>Plaintiff,<br><br>v.<br><br>RAFAT ABDALLAH dba SUPERB FRUIT SALES CO.<br><br>Defendants. | 1:08-cv-202 LJO DLB<br><br>**ORDER FOR PUBLICATION OF SUMMONS** |

On reading and considering the evidence consisting of plaintiff's application and declaration for this order and the Exhibits attached to and incorporated by reference in the application and it satisfactorily appearing to the Court therefrom that defendant RAFAT ABDALLAH, hereinafter referred to as "defendant," cannot with reasonable diligence be served in any other manner specified in Sections 415.10 through 415.40 of the Code of Civil Procedure, and that a cause of action exists in favor of plaintiff against defendant,

IT IS ORDERED that the summons be served by publication in Los Angeles Bulletin and Civic Center New Source, a newspaper of general circulation published in Los Angeles, California, hereby designated as the newspaper most likely to give defendant actual notice of

1  the action, and that the publication be made once a week for four successive weeks.

2  IT IS FURTHER ORDERED that a copy of the summons, a copy of the complaint, and a
3  copy of this order be forthwith mailed to defendant at each known address before expiration
4  of the time herein prescribed for publication of summons.  This matter shall be continued for
5  90 days to allow for completion of service.

7  Dated: 22 September 2008         /s/ *Dennis L Beck*
8  United States Magistrate Judge

HENRY,
LOGOLUSO
& BLUM
2444 Main Street
Suite #135
Fresno, CA 93721
(559) 497-0700

2
ORDER FOR PUBLICATION OF SUMMONS