IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SWEETWOOD FARM, INC., | ) | 1:08cv0202 LJO DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION GRANTING |
| Plaintiff, | ) | MOTION FOR DEFAULT JUDGMENT |
| vs. | ) | |
| | ) | (Document 30) |
| RAFAT ABDALLAH, | ) | |
| | ) | |
| Defendant. | ) | |

On December 30, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's Motion for Default Judgment be GRANTED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued December 30, 2008, is ADOPTED IN FULL;
2. Plaintiff's Motion for Default Judgment is GRANTED; and
3. Judgment be entered in this action against Defendant Rafat Abdallah in the amount

1

of $17,888.60[1], plus attorneys' fees and costs pursuant to 7 U.S.C. § 499g(b).

IT IS SO ORDERED.

**Dated:     February 5, 2009**             /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

---

[1] The judgment amount in the Findings and Recommendation was $17,769.80, which included interest through December 10, 2008. On January 26, 2009, Plaintiff's counsel Timothy V. Logoluso filed a Supplemental Declaration which set forth the amount of interest accruing from December 10, 2008, through February 2, 2009, the end of the objection period. The additional interest was $118.80, and has been added to $17,769.80, for a total judgment of $17,888.60. Supplemental Declaration of Timothy V. Logoluso, ¶ 7.

2