IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEETWOOD FARM, INC.,<br><br>Plaintiff,<br>vs.<br>RAFAT ABDALLAH,<br><br>Defendant. | 1:08cv0202 LJO DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING MOTION FOR ATTORNEY'S FEES<br><br>(Document 38) |

On March 17, 2009, the Magistrate Judge issued Findings and Recommendation that Plaintiff's Motion for Attorney's Fees be GRANTED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued March 17, 2009, is ADOPTED IN FULL;
2. Plaintiff's Motion for Attorney's Fees is GRANTED; and

///

///

1

3. Plaintiff is AWARDED attorney's fees pursuant to 7 U.S.C. § 499g(b) in the amount of $4,328.75.

IT IS SO ORDERED.

**Dated:  April 23, 2009**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

2